UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BRIAN LINDHURST,

        Plaintiff,

   v.

CITY OF BERKELEY, et al.,

        Defendants.

Case No. 23-cv-04513-HSG

**SCHEDULING ORDER**

A case management conference was held on December 5, 2023. Having considered the parties' proposals, *see* Dkt. Nos. 23 & 24, the Court **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Amendment of Pleadings/ Joinder | February 9, 2024 |
| Close of Fact Discovery | June 7, 2024 |
| Exchange of Opening Expert Reports | June 28, 2024 |
| Exchange of Rebuttal Expert Reports | July 12, 2024 |
| Close of Expert Discovery | July 26, 2024 |
| Dispositive Motion Hearing Deadline | September 19, 2024, at 2:00 p.m. |
| Pretrial Conference | December 17, 2024, at 3:00 p.m.. |
| Jury Trial (4 days) | January 13, 2025, at 8:30 a.m. |

//

//

//

//

These dates may only be altered by order of the Court and only upon a showing of good cause. The parties are directed to review and comply with this Court's standing orders.

**IT IS SO ORDERED.**

Dated: 12/7/2023

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge