JOHN L. BURRIS, Esq., SBN 69888
BEN NISENBAUM, Esq., SBN 222173
CHRISTOPHER A. DEAN, Esq., Bar No. 550322
**BURRIS, NISENBAUM, CURRY & LACY**
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882
John.Burris@bncllaw.com
Ben.Nisenbaum@bncllaw.com
Chris.Dean@bncllaw.com

Attorneys for Plaintiff
BRIAN LINDHURST, JR.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN LINDHURST, JR., an individual;<br><br>Plaintiff,<br><br>vs.<br><br>SERGEANT DAVID MARBLE, individually and in his official capacity as a police sergeant for the City of Berkeley,<br><br>Defendants. | CASE NO.: 4:23-cv-04513-HSG<br><br>**ORDER FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE F.R.C.P. 41(a)(1)(a)(ii)** |

IT IS HEREBY ORDERED, that pursuant to the fully executed Settlement Agreement and Release as stipulated by the parties, by and through their respective counsel of record, that this entire action including, but not limited to, all causes of action against Defendant be dismissed with prejudice as provided for under FRCP 41(a)(1)(A)(ii), with each side to bear their own costs and fees.

3

3

STIP AND ORDER FOR DISMISSAL
OF ENTIRE ACTION WITH PREJUDICE

1
2
3     6/13/2024                                                           
    DATE                                              HAYWOOD S. GILLIAM, JR.
4                                                           Judge of the United States District Court
                                                            For the Northern District of California

4

STIP AND ORDER FOR DISMISSAL OF ENTIRE
ACTION WITH PREJUDICE

4:23-CV-04513-HSG